**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 35 WAL 2020
:
           Respondent  :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v.  :
:
:
RAFAEL GARY,  :
:
           Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.